# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 10, 2013

## NO. 03-10-00496-CV

**Daniel J. McAtee, Laura Spoor, William and Sandy Fivecoat, Jeffrey S. Perry, William and Anita Mennucci, Tal Tversky, Amanda and William Dreux LaViolette, Joey Tsai, Aaron Wine, and Michael and Felicia Adams, Appellants**

**v.**

**City of Austin, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the appellants did not present a claim constituting reversible error: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.